# MEMORANDUM DECISIONS

JAMES REILLY, Admr., Respondent, v. T. F. HUDSON
· et al., Appellants.  (Civil No. 155.)

APPEAL from the District Court of the First Judicial
District in and for the County of Cochise.

G. G. Berry, for Appellants.

James Reilly, *in persona.*

March 16, 1886. Dismissed.

M. J. BELL, Respondent, v. PASQUAL NIGRO, Appellant.
(Civil No. 166.)

APPEAL from the County Court in and for the County of
Cochise.

William Herring and W. H. Savage, for Appellant.

George G. Berry, for Respondent.

March 16, 1886. Dismissed.